UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Jennifer Lorraine Thompson</u>

    v.                      Civil No. 12-cv-00220-JL

<u>Chad Paul Gnirk</u>


**PROCEDURAL ORDER: EVIDENTIARY HEARING**

The bench trial in this matter will commence **July 24, 2012 at 9:30 a.m.**

On or before **4:00 p.m., July 13, 2012** the parties shall **jointly** file:

- **a single timeline** setting forth all pertinent dates, times, and events, in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the timeline);

- **a single Statement of Agreed Facts followed by a Statement of Disputed Facts**.  The disputed facts are not an invitation to advocacy (i.e., "The plaintiff can not establish irreparable harm because....." or "There is a strong likelood of success on the merits because....").  The parties should simply list facts they intend to establish at the hearing, or which they contend will not be established at the hearing.

On or before **4:00 p.m.** on **July 18, 2012**, each party shall file:

- a witness list;

- an exhibit list; and

- proposed findings of fact and rulings of law.

Counsel shall confer (preferably in person, or else by telephone) in a good-faith effort to identify all areas of agreement and to make the statement of facts and timeline as comprehensive as

possible, so that open court testimony can focus on matters truly in dispute. Counsel are expressly discouraged from simply "recycling" factual statements submitted during previous motion practice in this case.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit. All exhibits shall be filed with the court on or before **12 noon, July 23, 2012**.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: June 22, 2012

cc: Christopher G. Green, Esq.
    Cori A. Lable, Esq.
    Edward K. Sebelius, Esq.
    Kristen A. Fiore, Esq.
    Lauren A. Graber, Esq.
    David P. Eby, Esq.
    Heidi A. Ames, Esq.