UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jessica Lorraine Thompson

    v.                                Civil No. 12-cv-220-JL

Chad Paul Gnirk

## **PROCEDURAL ORDER**

The manner in which this litigation is being conducted is unacceptable.  Counsel shall confer with each other, and then with the Deputy Clerk, to arrange a conference call with the court at their earliest convenience.  It is not necessary for every single attorney with an appearance in the case to be available for the call--just those necessary to articulate and attempt to resolve the issues raised by their motions which only sometimes request expedited relief, and do not attempt to address the fact that their objection deadlines fall after the trial date, leaving the court to grapple with impossible timing issues.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 19, 2012

cc:  Christopher G. Green, Esq.
     Cori A. Lable, Esq.
     Edward K. Sebelius, Esq.
     Kristen A. Fiore, Esq.
     Lauren A. Graber, Esq.
     David P. Eby, Esq.
     Heidi A. Ames, Esq.